IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: October 3, 2013 |
| Court Reporter: Kara Spitler | |

Criminal Action No. 13-cr-00195-RBJ

<u>Parties</u>:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE O. JIMENEZ,

    Defendant.

<u>Counsel</u>:

Michelle Heldmyer *(by video conference)*

Scott Varholak

## COURTROOM MINUTES

**MOTIONS HEARING**

**Court in session:** 8:01 a.m.

Defendant present in custody.

Discussion regarding the speedy trial status, Defendant filing a motion in limine to exclude 404(b) evidence, investigating a bank robbery and car stop, and setting a trial date.

**ORDERED:** Defendant's Oral Motion to Exclude an Additional 60 Days from Speedy Trial is **GRANTED**. The ends of justice are served by granting an extension of 60 days from the current date of November 29, 2013.

**ORDERED:** A Five-Day Jury Trial is set for **January 13, 2014 at 9:00 a.m. in Grand Junction**. Defendant's Motion in Limine is due on or before **November 22, 2013**. Government's response is due on or before **December 6, 2013**. A Motion Hearing is set for **December 11, 2013 at 8:30 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United

States Courthouse, 901 19th Street, Denver, Colorado 80294.

For the reasons and findings as stated on the record, it is;

**ORDERED:** Defendant Jimenez's Motion for Preservation of Tapes and Notes [Doc. No. 43] is **GRANTED**.

**ORDERED:** Defendant Jimenez's Motion for Witness Impeachment Evidence [Doc. No. 44] is **GRANTED**. The deadline for production of criminal histories is **December 13, 2013**.

**ORDERED:** Defendant Jimenez's Motion for Expert Disclosure [Doc. No. 45] is **GRANTED**. The Government will provide information before **December 13, 2013**.

**ORDERED:** Defendant Jimenez's Motion for Disclosure of 801(d)(2)(E) Evidence and Request for James Hearing [Doc. No. 46] is **DENIED AS MOOT, subject to revisiting, if an issue develops**.

**ORDERED:** Defendant's Motion to Sever the Joinder of Defendants [Doc. No. 48] is **DENIED AS MOOT**.

**ORDERED:** Defendant Jimenez's Motion for Pretrial Notice of 404(b) Evidence [Doc. No. 49] is **GRANTED AS MOOT**.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**Court in recess:** 8:21 a.m.

Hearing concluded.

Total time: 00:20